UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: November 4, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>       Vs.<br><br>Carlos SOLIS,<br>       Defendant.<br><br>YOB: 1952<br>Lawful Permanent Resident | Magistrate's Case No. 16-1900 MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952, 960 and 963<br>Importation of a Controlled Substance<br>Counts One and Three<br><br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>Possession of a Controlled Substance with Intent to Distribute<br>Counts Two and Four |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about November 4, 2016, at San Luis, Arizona, within the District of Arizona, the defendant, Carlos SOLIS, did knowingly and intentionally import a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts or isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960 and 963.

COUNT TWO

On or about November 4, 2016, at San Luis, Arizona, within the District of Arizona, the defendant, Carlos SOLIS, did knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts or isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT THREE

On or about November 4, 2016, at San Luis, Arizona, within the District of Arizona, the defendant, Carlos SOLIS, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960 and 963.

COUNT FOUR

On or about November 4, 2016, at San Luis, Arizona, within the District of Arizona, the defendant, Carlos SOLIS, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers, a Schedule II Controlled Substance, into the

United States from the Republic of Mexico, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C)

And the Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Louis Uhl

---

Patrick Sheridan
Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 7, 2016 at Yuma, Arizona.

---

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

Vs.

Carlos SOLIS

**STATEMENT OF FACTS**

I, Special Agent Patrick Sheridan, Homeland Security Investigations, being duly sworn, declare the following:

On November 4, 2016 at approximately 4:27 a.m. at the San Luis AZ Port of Entry (POE), Carlos SOLIS (DOB: 12/14/52), a resident alien, applied for entry into the United States via vehicle the Port's primary lanes. SOLIS was the driver and sole occupant of a 2002 Chevrolet Silverado bearing AZ license plate BVG5532. During the primary inspection, Customs and Border Patrol Officer (CBPO) Nogales noticed tampering and tool markings on the spare tire, which was located under the truck bed. CBPO Nogales asked SOLIS if the vehicle was registered to him, to which he replied in the affirmative.  SOLIS explained that he had been ion San Luis, Mexico, visiting with family and he was on his way to his home in Dateland, Arizona. SOLIS was then referred to the Port's secondary area for further inspection and examination.

Port officers utilized a K910 Density Meter on the spare tire and received higher than normal buster readings.  A Canine Enforcement Officer (CEO) conducted a search of the vehicle with a narcotics detection dog. The dog positively alerted to the vehicle's spare tire. Officers cut open the spare tire and seized several packages; some clear and some in a rectangular shape.  Officers then randomly selected one clear package and field-tested the contents, yielding a positive result for the characteristics of methamphetamine. Officers then randomly field-tested one of the packages in a rectangular shape, yielding a positive result for the characteristics of cocaine. The 27 packages of methamphetamine weighed 12.4 kilograms and the five (5) packages of cocaine weighed 5.95 kilograms.

In a post-*Miranda* interview with Special Agents from Homeland Security Investigations (HSI), SOLIS denied knowledge of the drugs in his spare time. However, he confirmed that the car was his, that he was the only person who drives it, and that he is reticent to let anyone else handle his vehicle.

_____
Special Agent Patrick Sheridan
Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 7, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

## Probable Cause Statement

I, Patrick Sheridan, declare under penalty of perjury, the following is true and correct:

On November 4, 2016, the defendant, Carlos Solis, a Lawful Permanent Resident, presented himself and his vehicle for inspection at the vehicle lanes of the U.S. Port of Entry (POE) in San Luis, Arizona, while attempting to enter from the Republic of Mexico. Solis and his vehicle were then referred to the secondary inspection area for further investigation, where officers searched it, discovering several packages inside of the spare tire. The contents of randomly-selected packages were field-tested, producing positive results for the presence of both methamphetamine and cocaine. In total, the packages contained 12.4 kilograms of methamphetamine and 5.95 kilograms of cocaine.

Executed on: November 4, 2016    Time: 4:27 a.m.

Signed: _____

Patrick Sheridan
Special Agent, Homeland Security Investigations

Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of __2__ page(s), I find probable cause to believe that the defendant(s) named therein committed the offence on the date __11/4/2016__ in violation of Title 21, United States Code Sections 952, 960, 963 and 841(a).

Finding Made on: Date __11/4/2016__
Time __1700 hrs__

Signed: _____
James F. Metcalf
United States Magistrate Judge